**JS-6**

# United States District Court
# Central District of California

KEITH GRIEGO,

        Plaintiff,

    v.

OTIS JACKSON JR. et al.,

        Defendants.

Case № 2:24-cv-03260-ODW (PVCx)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion for Judgment on the Pleadings, (ECF No. 55), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

    1.    Plaintiff shall recover nothing from Defendants; and

    2.    Plaintiff's complaint is dismissed on the merits and with prejudice.

All dates are hereby **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

January 27, 2025

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**